UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF TENNESSEE
                         NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 3:12-00195 |
| ) | JUDGE SHARP |
| RICARDO MONROY-REYES ) | |

## O R D E R

A hearing on a plea of guilty in this matter is hereby scheduled for Monday, December 10, 2012 at 10:00 a.m.

It is so ORDERED.

*Kevin H. Sharp*
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE